| PROB 12A (Rev. 09/19) | **SUPERVISION REPORT** (INFORMATION) | **U. S. Pretrial Services and Probation Office** Northern District of Ohio | PACTS 5020643 | DATE 02/05/2020 |
|---|---|---|---|---|
| **NAME** Saenz-Luna, Jesus | | **SUPERVISORY OFFICER** Lisa Surman | **JUDGE** CARR | **DOCKET #** 3:18CR00300-01 |

| ORIGINAL SENTENCE DATE 09/17/2018 | SUPERVISION TYPE TSR | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 10 | PHOTO |
|---|---|---|---|---|
| COMMENCED Deported | REVOCATION DATE Date | | | |
| EXPIRATION Date | RECOMMENCED Date | | | |

**REPORT PURPOSE**

**JUDICIAL RESPONSE REQUESTED**

**RECOMMENDATION**

**Rescind Warrant**

**ORIGINAL OFFENSE**

Count 1: 8 U.S.C. § 1326(a) and (b) – Unlawful Re-Entry after Deportation, a Class E felony

**SENTENCE DISPOSITION**

Time Served followed by 3 years unsupervised release with Deportation (deported 11/12/2018)

**ORIGINAL SPECIAL CONDITIONS**

1. Deportation

On January 28, 2020, a request for a Warrant was submitted to the Court and granted on the same date. This office received information that a new Illegal Re-entry case had been filed in the District of Arizona on this same individual. The identifiers (e.g. FBI number, birth date, alien number, etc.), in the Northern District of Ohio's PACTS system matched with ICE and the District of Arizona. However, when the United States Marshals Service went to enter the warrant into the NCIC system, the identifiers did not register. After reviewing information with the U.S. Attorney's Office, the United States Marshals Service and the U.S. Probation Office for the District of Arizona, it was discovered the identifiers in the Northern District of Ohio PACTS system were incorrect. This error was verified through photo and fingerprint identification.

The Pacts system in the Northern District of Ohio has been updated to the correct information, therefore, this shall not occur in the future for Mr. Saenz-Luna.

**PROBATION OFFICER COMMENTS/PLAN OF INTERVENTION**

It is respectfully recommended that the Warrant issued on January 28, 2020, for Jesus Saenz-Luna be rescinded.

| PROB 12A (Rev. 09/19) | **SUPERVISION REPORT** (INFORMATION) | **U. S. Pretrial Services and Probation Office** Northern District of Ohio | PACTS 5020643 | DATE 02/05/2020 |
|---|---|---|---|---|
| NAME Saenz-Luna, Jesus | SUPERVISORY OFFICER Lisa Surman | JUDGE CARR | | DOCKET # 3:18CR00300-01 |

If Your Honor agrees with this recommendation, please indicate below. If Your Honor does not agree, please indicate below and direct the U.S. Probation Office as to how the Court wishes to proceed.

**SUPERVISING U.S. PROBATION OFFICER**

*/s/ Lisa R. Surman*
Lisa R. Surman, 216.357.7370

| SUPERVISING U.S. PROBATION OFFICER | PROBATION ROUTING |
|---|---|
| */s/ Robert Capuano* <br> Robert Capuano, 216.357.7321 | Data Entry |

*Judicial Response is necessary.*

- ☐ Travel Permit Granted
- ☐ Abate by Death
- ☐ The Request is Denied
- ☐ Supervision is to be Continued
- ☐ Early Termination Granted
- ☒ **Rescind Warrant issued on January 28, 2020**

s/James G. Carr
United States District Judge

2/10/2020
Date